# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **GLENNIE DEE DAVIS,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **4:12-cv-2044-AKK-PWG** |
| ) | |
| **CARTER F. DAVENPORT, Warden, and**) | |
| **THE ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2254. It is brought by Glennie Dee Davis, an Alabama state prisoner acting *pro se*. On June 6, 2012, the magistrate judge entered a report and a recommendation that the action is due to be dismissed with prejudice because the petition is untimely filed under 28 U.S.C. § 2244(d)(1). (Doc. 3). The parties were advised that they might file objections to the magistrate judge's report and recommendation, but no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED, and this action is due to be DISMISSED WITH PREJUDICE. A separate Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 29th day of June, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE